[No. 17042-0-III.    Division Three.    April 27, 1999.]

PERSONNEL UNLIMITED, INC., *Respondent*, v. BOVAY
NORTHWEST, INC., *Petitioner.*

The unpublished opinion in this cause was *withdrawn* by
order of the Court of Appeals dated July 20, 1999. Substi-
tute opinion filed. See 96 Wn. App. 1049.

[No. 17223-6-III.    Division Three.    April 27, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH
MICHAEL GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 97-1-01717-9, F. James Gavin, J., entered Janu-
ary 27, 1998. *Affirmed* by unpublished opinion per Kato, J.,
concurred in by Schultheis, C.J., and Kurtz, J.

[No. 17469-7-III.    Division Three.    April 27, 1999.]

CHARLES J. KLAUS, *Appellant*, v. KEY TRONIC CORPORATION,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 96-2-01745-5, Larry M. Kristianson,
J., entered April 6, 1998. *Affirmed* by unpublished opinion
per Sweeney, J., concurred in by Kurtz, A.C.J., and Brown,
J.

[No. 16480-2-III.    Division Three.    April 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN SCOTT
TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 96-1-00589-7, Kenneth L. Jorgensen, J.,
entered February 18, 1997. *Affirmed* by unpublished
opinion per Kato, J., concurred in by Schultheis, C.J., and
Brown, J.